Opinion issued February 10, 2011

 

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00241-CV

———————————

In the interest of P.G.F., A.S., and C.D.T., Children



 



 

On Appeal from the 309th District Court

Harris County, Texas



Trial Court Case No. 2005-04518 & 2006-27470

 



 

MEMORANDUM CONCURRING OPINION

I concur in
this Court’s judgment affirming the trial court’s decrees.  I write separately only to note that I would
go further and hold that appellant has not presented to this Court a
substantial question for appellate review and the trial court did not abuse its
discretion in finding her appeal frivolous.

 

 

 

                                                                   Terry
Jennings

                                                                   Justice


 

Panel
consists of Justices Jennings, Alcala, and Massengale.

Justice
Jennings, concurring.